■ In the Matter of HBP ASSOCIATES, Respondent, v COUNTY OF ORANGE, Appellant. [716 NYS2d 584] —In an eminent domain proceeding, the County of Orange appeals from a judgment of the Supreme Court, Orange County (Palella, J.), dated February 2, 1999, which is in favor of the petitioner and against it in the principal sum of $1,351,010, plus an additional allowance of $111,537 pursuant to EDPL 701.

Ordered that the judgment is affirmed, with costs.

The determination of the highest and best use of a property must be based upon evidence of a use which reasonably could or would be made of it in the near future (*see, Matter of City of New York [Broadway Cary Corp.],* 34 NY2d 535, 536; *Yaphank Dev. Co. v County of Suffolk,* 203 AD2d 280; *Matter of City of New York v Estate of Levine,* 196 AD2d 654; *Matter of Consolidated Edison Co. v Neptune Assocs.,* 190 AD2d 669). A "use which is no more than a speculative or hypothetical arrangement in the mind of the claimant may not be accepted as the basis for an award" (*Matter of City of New York [Shorefront High School-Rudnick],* 25 NY2d 146, 149; *Matter of City of New York [Broadway Cary Corp.], supra,* at 536). Applying these principles, the petitioner satisfied its burden of proving that the highest and best use of its property was for a shopping center with so-called "pad sites."

The appellant's remaining contentions are without merit. Mangano, P. J., Ritter, S. Miller and H. Miller, JJ., concur.